■ MERCHANTS NATIONAL BANK AND TRUST CO. OF SYRACUSE, Plaintiff, v. DUPLEX TRUCK & EQUIPMENT SALES, INC., et al., Defendants. RICHARD G. DOWER, Third-Party Plaintiff-Appellant, v. J. C. GEORG CORPORATION et al., Third-Party Defendants-Respondents.— Order unanimously reversed, with costs, and motion granted. The amended third-party complaint shall be served within 20 days after entry of the order herein. Memorandum: Appellant seeks to serve an amended third-party complaint and to add as additional third-party defendants, the executors of the will of the owner of a majority of the stock of the present third-party defendant corporations. The proposed pleading alleges that the decedent owned or controlled the stock of the primary defendant and the proposed third-party complaint seeks to have the corporate structure pierced and the estate indemnify appellant against any liability. Leave to amend should be freely given (CPLR 3025, subd. [b]) and, since no prejudice is claimed to result from the amendment, we reverse because it cannot be said that the proposed amended complaint is " palpably insufficient." (Cf. *Norton* v. *Norton,* 12 A D 2d 1003.) We likewise hold that appellant's motion to add the additional third-party defendants should be granted and, under the circumstances, appellant should have an opportunity to assert his claim and the third-party defendants to make such motions against it as they may deem advisable. (6 Carmody-Wait 2d, New York Practice, pp. 86–89; *Martin* v. *Katz,* 15 A D 2d 767; *Grandview Constr. Corp.* v. *Roreck Constr. Co.,* 14 A D 2d 909.) In granting this motion we are not passing upon the sufficiency or merits of the proposed pleading. (*Amherst Bowling Center* v. *Dolce,* 11 A D 2d 1079.) (Appeal from order of Onondaga Special Term denying motion to amend complaint and add parties in action on promissory note.) Present — Goldman, P. J., Marsh, Gabrielli, Moule and Bastow, JJ.